# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEVADA

SAUL CERVANTES, )
)
         Plaintiff, )  Case Number: 3:17-cv-00519-LRH-WGC
)
vs. )
)
NUGGET SPARKS, LLC, a division of )
MARNELL GAMING, LLC, dba NUGGET )
CASINO RESORT, MARNELL GAMING, )
LLC, DOES 1-10, ROE ENTITIES 1-10, )     **ORDER REGARDING:**
DOES AND ROES 11-20, )
         Defendants. )
_____

## STIPULATION TO  DISMISS MARNELL GAMING, LLC WITH PREJUDICE

Pursuant to Fed. Rules of Civ. Proc., Rule 41(a)(2) and Local Rule 7-1, Plaintiff Saul

Cervantes and Defendants Marnell Gaming, LLC and Nugget Sparks, LLC, by and through

undersigned counsel, stipulate as follows:

1. Plaintiff's causes of action against Defendant Marnell Gaming, LLC may be

dismissed with prejudice.

2. Plaintiff and Defendant Marnell Gaming, LLC will bear their own costs and fees

DATED this 24th  day of January, 2018.

| TONY LIKER, ESQ. | M. CRAIG MURDY, ESQ. | |
|---|---|---|
| By:/s/_Tony Liker, Esq.____<br>TONY LIKER ESQ. | By: /s/ M. Craig Murdy, Esq.<br>Nevada Bar No. 7108 | |

| | |
|---|---|
| Nevada Bar No. 4670<br>1148 Idaho Street<br>Elko, NV 89801<br>Telephone: (775) 738-1500<br>Facsimile: (775) 753-8605<br>Attorneytonyliker777@gmail.com<br>*Attorney for Plaintiff* | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP<br>6385 S. RAINBOW, STE 600<br>Las Vegas, Nevada 89118<br>Telephone: (702) 893-3383<br>Facsimile: (702) 893-3789<br>Craig.murdy@lewisbrisbois.com<br>*Attorney for Defendants NUGGET SPARKS, LLC, and MARNELL GAMING, LLC.* |
| | |

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

1. Plaintiff's causes of action against Defendant Marnell Gaming, LLC are dismissed with prejudice.

2. Plaintiff and Marnell Gaming, LLC will bear their own fees and costs.

DATED this 26th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE