# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| SAUL CERVANTES, | ) |
| Plaintiff, | ) Case Number: 3:17-cv-00519-LRH-WGC |
| vs. | ) |
| NUGGET SPARKS, LLC, a division of MARNELL GAMING, LLC, dba NUGGET CASINO RESORT, MARNELL GAMING, LLC, DOES 1-10, ROE ENTITIES 1-10, DOES AND ROES 11-20, | ) **ORDER REGARDING:** |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, SAUL CERVANTES, Plaintiff, SAUL CERVANTES, by and through his attorney, TONY LIKER, ESQ, and NUGGET SPARKS, LLC, by and through its attorney, M. CRAIG MURDY, ESQ., that the above case is dismissed with prejudice, each side to bear their own fees and costs.

| TONY LIKER, ESQ. | M. CRAIG MURDY, ESQ. |
|---|---|
| By: _____ | By: _____ |
| TONY LIKER ESQ. | Nevada Bar No. 7108 |
| Nevada Bar No. 4670 | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP |
| 1148 Idaho Street | 6385 S. RAINBOW, STE 600 |
| Elko, NV 89801 | Las Vegas, Nevada 89118 |
| Telephone: (775) 738-1500 | Telephone: (702) 893-3383 |
| Facsimile: (775) 753-8605 | Facsimile: (702) 893-3789 |
| Attorneytonyliker777@gmail.com | Craig.murdy@lewisbrisbois.com |
| *Attorney for Plaintiff* | *Attorney for Defendants NUGGET SPARKS, LLC* |

**SEE NEXT PAGE FOR ORDER**

**O R D E R**

IT IS SO ORDERED.

DATED this 9th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE